No. 86–279. BASIC INC. ET AL. *v.* LEVINSON ET AL. C. A. 6th Cir. [Certiorari granted, 479 U. S. 1083.] Motion of American Corporate Counsel Association for leave to file a brief as *amicus curiae* granted. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 86–728. HONIG, CALIFORNIA SUPERINTENDENT OF PUBLIC INSTRUCTION *v.* DOE ET AL. C. A. 9th Cir. [Certiorari granted, 479 U. S. 1084.] Motion of San Francisco Unified School District for leave to file a brief as *amicus curiae* granted.

No. 86–740. OMNI CAPITAL INTERNATIONAL, LTD., ET AL. *v.* RUDOLF WOLFF & CO., LTD., ET AL. C. A. 5th Cir. [Certiorari granted, 479 U. S. 1063.] Motion of respondents for divided argument denied.

No. 86–761. FORRESTER *v.* WHITE. C. A. 7th Cir. [Certiorari granted, 479 U. S. 1083.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 86–1033. JAFFE ET AL. *v.* GRANT, TRUSTEE IN BANKRUPTCY FOR CONTINENTAL SOUTHEAST LAND CORP. AND AS RECEIVER, 480 U. S. 931. Motion of respondent for award of fees and damages denied.

No. 86–1128. IMMIGRATION AND NATURALIZATION SERVICE *v.* ABUDU. C. A. 9th Cir. [Certiorari granted, 480 U. S. 930.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 86–1661. BATTLES FARM CO. ET AL. *v.* PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT. C. A. D. C. Cir. Motion of petitioners to expedite consideration of the petition for writ of certiorari denied.

No. 86–6109. MATHEWS *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, 480 U. S. 945.] Motion for appointment of counsel granted, and it is ordered that Franklyn M. Gimbel, Esquire, of Milwaukee, Wis., be appointed to serve as counsel for petitioner in this case.